UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTRO-AMARO,<br>Plaintiff,<br>v.<br>CHRISTOPHER CHESTNUT, et. al.,<br>Defendants. | Case No. 1:26-cv-07313-KES-FJS<br>ORDER GRANTING ADAM L. CRAYK'S *PRO HAC VICE* APPLICATION<br>(ECF No. 2) |

Before the court is the application of Adam L. Crayk, attorney for Plaintiff Luis Castro-Amaro, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 11, 2026**

UNITED STATES MAGISTRATE JUDGE